IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RICKY R. FRANKLIN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:18-CV-228-L(BH) |
| | § | |
| CLEAR SPRINGS LOAN SERVICES, | § | |
| d/b/a Sortis Financial, | § | |
| | § | |
| Defendant. | § | Pretrial Management |

## ORDER

By *Standing Order of Reference* filed March 20, 2018, this case has been referred for pretrial management, including the determination of non-dispositive motions and issuance of findings of fact and recommendations on dispositive motions. Before the Court for recommendation is *Plaintiff's Motion for Summary Judgment*, filed May 4, 2018 (doc. 15).

Respondent may file a response *and brief containing citations to relevant authorities*[1] no later than **Friday, May 25, 2018**. Movant may file a reply no later than **Friday, June 8, 2018**.

At this time, no hearing will be scheduled on this matter.

**SO ORDERED** on this 8th day of May, 2018.

*[signature]*
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE

---

[1] Local Rule 7.1 of the Local Civil Rules for the Northern District of Texas requires the filing of briefs in support of most motions. Pursuant to subsection (d), briefs shall contain a "party's contentions of fact and/or law, and arguments and ***authorities***." (emphasis added). Briefs containing authorities greatly assist the Court in making rulings more expeditiously.